

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

GTE Southwest Incorporated, d/b/a Verizon Southwest, Appellant

No. 06-13-00016-CV      v.

Warner Durrell Seale and Helen Elizabeth Seale, Appellees

Appeal from the 336th District Court of Fannin County, Texas (Tr. Ct. No. CV-09-39419). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We further order that the appellant, GTE Southwest Incorporated, d/b/a Verizon Southwest, pay all costs of this appeal.

RENDERED MAY 30, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk